# United States District Court
## for the Northern District of Oklahoma

Case No. 26-cr-117-JDR

UNITED STATES OF AMERICA,

*Plaintiff,*

*versus*

AARON CHASE SANDERS,

*Defendant.*

## VERDICT FORM

We the jury in the above-empaneled case unanimously find the defendant, AARON CHASE SANDERS:

**Count 1**

Not Guilty ____________ Guilty ✓

[redacted]

FOREPERSON

8-6-26

DATE